# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-43546 BL | Trustee: | (520196) MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | MEEGAN, CAROL A. | Filed (f) or Converted (c): | 10/04/05 (f) |
| | | §341(a) Meeting Date: | 11/15/05 |
| Period Ending: | 06/03/08 | Claims Bar Date: | 03/31/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash-scheduled | 60.00 | 0.00 | | 0.00 | FA |
| 2 | Bank One checking-scheduled | 7.00 | 0.00 | | 0.00 | FA |
| 3 | 2 accounts-Mid-Ameirca-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 4 | First Federal account-scheduled | 44.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 7 | Potenital suit-Lindahl Homes-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 8 | 1999-Lincoln-scheduled | 7,700.00 | 900.00 | | 4,200.00 | FA |
| 9 | Terrier-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 10 | Tax refunds-unscheduled (u) | 0.00 | 0.00 | | 9,698.83 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 208.87 | Unknown |
| 11 | Assets  Totals (Excluding unknown values) | $10,086.00 | $900.00 | | $14,107.70 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee has collected tax refunds that are an asset of the bakruptcy estate. The Trustee will file his Final Report in 2008.

Exhibit B

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-43546 BL | Trustee: (520196) | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MEEGAN, CAROL A. | Filed (f) or Converted (c): | 10/04/05 (f) |
| | | §341(a) Meeting Date: | 11/15/05 |
| Period Ending: | 06/03/08 | Claims Bar Date: | 03/31/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   August 31, 2009            Current Projected Date Of Final Report (TFR):   August 31, 2009