UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| Carol A. Meegan, | ) | Case No. 05 - 43546 |
| | ) | |
| Debtor | ) | Judge Bruce W. Black |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court
    Will County Court Annex Building
    57 North Ottawa Street
    Room 201
    Joliet, IL 60432

    On: **August 1, 2008**

    at:: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
    a. Receipts                                  $14,098.48
    b. <u>Disbursements</u>                      <u>$       0.00</u>
    c. Net Cash Available for Distribution       $14,098.48

4. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Exp Now Requested |
|---|---|---|---|
| Michael G. Berland (Trustee Fees & Expenses) | $0 | $2,159.85 | $23.80 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

**Applicant     Compensation Previously Paid   Fees Now Requested    Expenses**
N/A

6. In addition to the fees and expenses of administration listed above as may be allowed by the Court, secured and priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%, and th4 secured dividend is expected to be 0%.

   Allowed Priority Claims are:     N/A

7. Claims of general unsecured creditors totaling $29,838.74 have been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 39.93%.

   Allowed general unsecured claims are:

| Claim # | Claimant | Allowed Amount Of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discovery Bank/ Discover Financial Services | $ 3,943.92 | $1,574.84 |
| 2 | Discovery Bank/ Discover Financial Services | $12,259.00 | $4,895.11 |
| 3 | MBNA America Bank NA | $13,635.82 | $5,444.88 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **July 7, 2008**                                    For the Court,


                                                           By:

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 South Dearborn, 7th Floor
Chicago, Il 60604

| | |
|---|---|
| Trustee: | Michael Berland, Esq. |
| Address: | One North La Salle Street |
| | Suite 1775 |
| | Chicago, IL 60602 |
| Phone: | 312-855-1272 |

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8546    Doc 23    Filed 07/07/08    Entered 07/10/08 00:51:09    Desc Imaged
            Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1            Date Rcvd: Jul 07, 2008
Case: 05-43546                 Form ID: pdf002          Total Served: 25

The following entities were served by first class mail on Jul 09, 2008.
db           +Carol A. Meegan,    P O Box 325,    Streator, IL 61364-0325
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
tr           +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
9972695      +ADT Security Service,    Box 371490,    Pittsburgh, PA 15250-7490
9972698      +Capital One,    c/o United Recovery,    Box 722929,    Houston, TX 77272-2929
9972697      +Capital One,    Box 26074,    Richmond, VA 23260-6074
9972699      +Catherine's,    Box 9713,    Johnson City, TN 37615-9713
9972702      +Family Resorts & Travel Inc.,    Box 490,    Litchfield, IL 62056-0490
9972704      +Ford Motor Credit,    c/o Bowman, Heintz, Boscia & Vician,    134 N. LaSalle St., Ste. 2024,
               Chicago, IL 60602-1106
9972705      +Harris Bank,    One E. Main St.,    Saint Charles, IL 60174-1981
9972707      +MBNA,    PO Box 15137,    Wilmington, DE 19886-5137
10645088     +MBNA America Bank NA,    POB 15168 MS 1423,    Wilmington, DE 19850-5168
9972708      +MBNA Platinum Plus,    Box 15137,    Wilmington, DE 19886-5137
9972709      +MCI,    c/o Progressive Mgmt. Systems,    1521 W. Cameron Ave., Box 2220,
               West Covina, CA 91790-2738
9972706      +Mario Zapata, MDSC,    1315 N. Highland Ave.,    Aurora, IL 60506-1400
9972711      +Nextel,    Box 17990,    Denver, CO 80217-0990
9972713      +OSF Medical Group,    Box 1806,    Peoria, IL 61656-1806
9972714      +Plantinum Discover,    Box 30395,    Salt Lake City, UT 84130-0395
9972715      +Provena Health Center for Diag.,    75 Remittance Dr., Ste. 6254,    Chicago, IL 60675-6254
9972716      +Providian Visa Gold,    Box 660786,    Dallas, TX 75266-0786
9972703     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   Firstar Bank,    Box 2188,    Oshkosh, WI 54903)

The following entities were served by electronic transmission on Jul 08, 2008.
9972700       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 08 2008 05:36:23      Discover Platinum,
               Box 30395,    Salt Lake City, UT 84130
9972701       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 08 2008 05:36:23      Discover Titanium,    Box 7086,
               Dover, DE 19903
10559623      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 08 2008 05:36:23
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
9972712      +E-mail/Text: bankrup@nicor.com                              Nicor,   Box 2020,
               Aurora, IL 60507-2020
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9972696*     +ADT Security Service,    Box 371490,    Pittsburgh, PA 15250-7490
9972710*     +MCI,   c/o Progressive Mgmt. Systems,    1521 W.Cameron Ave., Box 2220,
               West Covina, CA 91790-2738
                                                                                             TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2008**                    **Signature:**    *Joseph Speetjens*